**712**

**219 So.2d 409**

**Robert BRANDIES**

**v.**

**STATE.**

**3 Div. 399.**

Supreme Court of Alabama.

Feb. 20, 1969.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., for petitioner.

L. H. Walden, Montgomery, opposed.

COLEMAN, Justice.

Petition of the State, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Brandies v. State, 44 Ala.App. 648, 219 So.2d 404.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and BLOODWORTH, JJ., concur.

**217 So.2d 820**

**William G. BRINKS**

**v.**

**STATE.**

**1 Div. 556.**

Supreme Court of Alabama.

Jan. 16, 1969.

Frank B. McRight, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of William G. Brinks for certiorari to the Court of Appeals to review and revise the judgment and decision in Brinks v. State, 44 Ala.App. 601, 217 So.2d 813.

Writ denied.

LIVINGST⊕N, C. J., and SIMPSON and HARWOOD, JJ., concur.

**219 So.2d 858**

**Melbon E. BROUGHTON et al.**

**v.**

**BROOKLEY FEDERAL CREDIT UNION et al.**

**1 Div. 476.**

Supreme Court of Alabama.

Sept. 26, 1968.

Rehearing Denied March 6, 1969.

Curtis L. Moody, Mobile, and C. Lenoir Thompson, Bay Minette, for appellants.

Sam W. Pipes, III, Irwin W. Coleman, Jr., Lyons, Pipes & Cook and Wm. L. Green, Mobile, for Brookley Federal Credit Union.

J. Jeptha Hill and Ben H. Harris, Jr., McCorvey, Turner, Johnstone, Adams & May, Mobile, for Minnesota Mutual Life Ins. Co.

LIVINGSTON, Chief Justice.

Reversed and remanded on authority of White v. Brookley Federal Credit Union et al., 283 Ala. 597, 219 So.2d 849, decided this day.

Reversed and remanded.

SIMPSON, COLEMAN and KOHN, JJ., concur.